NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARYN C. SCHWAB,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1981

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-7178, Judge Coral Wong Pietsch.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

GALINA I. FOMENKOVA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BRIAN M. BOYNTON, MATTHEW JUDE CARHART, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY; JULIE HONAN, Y.

KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2023
Date

Jarrett B. Perlow
Clerk of Court